**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 07-0270-PHX-EHC |
| Plaintiff-Respondent, | No. CV-07-1164-PHX-GMS (ECV) |
| v. | |
| Luis Alberto Cab-Suarez, | **ORDER** |
| Defendant-Movant. | |

Pending before the Court are Defendant-Movant's petition for writ of habeas corpus/civil rights complaint and United States Magistrate Judge Voss's Report and Recommendation ("R&R"). Dkt. # 17 (filed in CR-07-0270-PHX-EHC) and # 2. The R&R recommends that the Court deny the petition/complaint because Movant's ineffective assistance of counsel claims in grounds one through three are waived by the express waiver of a § 2255 motion in the plea agreement. Additionally, the court finds that the claims are without merit. Dkt. # 2 at 5. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 6 (citing [28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)]).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149

1  (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is
2  not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must
3  determine de novo any part of the magistrate judge's disposition that has been properly
4  objected to.").  The Court has nonetheless reviewed the R&R and finds that it is well-
5  taken.  The Court will accept the R&R and **deny** the Petition/complaint.  *See* 28 U.S.C. §
6  636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in
7  part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3)
8  ("The district judge may accept, reject, or modify the recommended disposition; receive
9  further evidence; or return the matter to the magistrate judge with instructions.").

10  **IT IS ORDERED:**

11  1.  Magistrate Judge Voss's R&R (Dkt. #2) is **accepted**.

12  2.  Defendant-Movant's petition for writ of habeas corpus/complaint (Dkt.
13  #17) is **denied**.

14  3.  The Clerk of the Court shall **terminate** this action.

15  DATED this 3rd day of October, 2008.

*G. Murray Snow*
G. Murray Snow
United States District Judge